1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  Aleksandr Korzh, Bar No. 286613
   akorzh@hopkinscarley.com
4  HOPKINS & CARLEY
   A Law Corporation
5  The Letitia Building
   70 South First Street
6  San Jose, CA  95113-2406

7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:    (408) 998-4790

10 Attorneys for Plaintiffs
   IXI MOBILE (R&D) LTD. and IXI IP, LLC
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br>15<br>            Plaintiffs,<br>16<br>       v.<br>17<br>SAMSUNG ELECTRONICS CO., et al.,<br>18<br>            Defendants. | CASE NO.  3:15-CV-03752-HSG |
| 19  IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br>20<br>            Plaintiffs,<br>21<br>       v.<br>22<br>BLACKBERRY CORPORATION, et al.,<br>23<br>            Defendants. | CASE NO.  3:15-CV-03754-HSG<br>*(RELATED CASE)* |
| 24  IXI MOBILE (R&D) LTD. and IXI IP, LLC,<br>25<br>            Plaintiffs,<br>26<br>       v.<br>27<br>APPLE, INC.<br>28<br>            Defendant. | CASE NO.  4:15-CV-03755-HSG<br>*(RELATED CASE)*<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE OF CASE MANAGEMENT CONFERENCE** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1254951.1                                        - 1 -
[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE OF
CASE MANAGEMENT CONFERENCE                                                      15-CV-03752-HSG

1    Now before the Court is IXI Mobile (R&D) Ltd. and IXI IP, LLC's (collectively, "IXI"), unopposed administrative motion to advance hearing date of case management conference for the following three related cases pending before this Court:

(1) *IXI Mobile (R&D) Ltd. and IXI IP, LLC v. Samsung Electronics Co., et al.*, Case No. 3:15-CV-03752-HSG (the "Samsung Action");

(2) *IXI Mobile (R&D) Ltd. and IXI IP, LLC v. Apple Inc.*, Case No. 3:15-CV-03755-HSG (the "Apple Action"); and

(3) *IXI Mobile (R&D) Ltd. and IXI IP, LLC v. Blackberry Limited, et al.*, Case No. 3:15-CV-03754-HSG (the "Blackberry Action").

Having considered this matter and compelling reasons having been shown, the Court GRANTS IXI's unopposed motion to advance the hearing date of the case management conference from November 17, 2015 at 2:00 p.m. to November 3, 2015 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 28, 2015

HAYWOOD S. GILLIAM, JR.
United States District Court Judge

Hopkins & Carley
Attorneys At Law
San Jose

733\1254951.1      - 2 -
[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE OF
CASE MANAGEMENT CONFERENCE                                                                  15-CV-03752-HSG