# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> IXI IP, LLC, et al., <br><br> Defendants. | Case No. 5:19-cv-06769 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Haywood S. Gilliam, Jr. to determine whether it is related to 4:15-cv-03755 HSG, *IXI Mobile (R&D) Ltd., et al. v. Apple, Inc.*.

IT IS SO ORDERED.

Date: October 23, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge