John M. Desmarais (SBN 320875)
Emily Chen (SBN 302966)
DESMARAIS LLP
101 California Street, Suite 3070
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901
jdesmarais@desmaraisllp.com
echen@desmaraisllp.com

Ameet A. Modi (admitted *pro hac vice*)
Cosmin Maier (admitted *pro hac vice*)
Brian Matty (admitted *pro hac vice*)
Franco Silletta (admitted *pro hac vice*)
Joze Welsh (admitted *pro hac vice*)
DESMARAIS LLP
230 Park Avenue, Suite 2600
New York, NY 10169
Telephone: (212)351-3400
Facsimile: (212) 351-3401
amodi@desmaraisllp.com
cmaier@desmaraisllp.com
bmatty@desmaraisllp.com
fsilletta@desmaraisllp.com
jwelsh@desmaraisllp.com

*Attorneys for Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IXI MOBILE (R&D) LTD. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | CASE NO. 4:15-CV-03755-HSG<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Plaintiffs IXI Mobile (R&D) Ltd. and IXI IP, LLC (collectively "IXI" or "Plaintiffs") and Defendant Apple Inc. (hereinafter "Apple") submit this Joint Stipulation of Dismissal. |

Plaintiffs IXI Mobile (R&D) Ltd. and IXI IP, LLC (collectively "IXI" or "Plaintiffs") and Defendant Apple Inc. (hereinafter "Apple") submit this Joint Stipulation of Dismissal.

1. WHEREAS: IXI has granted Apple certain covenants not to sue related to certain claims of the Asserted Patents (U.S. Patent Nos. 7,016,648; 7,039,033; 7,295,532; and 7,426,398);
2. WHEREAS: The Parties agree to dismiss this action without prejudice; and
3. WHEREAS: Defendant has agreed that it will not use the aforementioned covenant not to sue or this Stipulation and Order as a basis for any claim or defense against IXI's enforcement of the claims of U.S. Patent No. 7,039,033 that issued as a result of IXI's reexamination or of claims that may issue as a result of the previously completed or currently pending reexaminations of U.S. Patent Nos. 7,039,033 or 7,295,532 brought by Apple, Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.;

IT IS **ORDERED** that Civil Action NO. 4:15-CV-03755-HSG is hereby DISMISSED WITHOUT PREJUDICE. IT IS FURTHER **ORDERED** that Defendant will not use the aforementioned covenant not to sue or this Stipulation and Order as a basis for any claim or defense against IXI's enforcement of the claims of U.S. Patent No. 7,039,033 that issued as a result of IXI's reexamination or of claims that may issue as a result of the previously completed or currently pending reexaminations of U.S. Patent Nos. 7,039,033 or 7,295,532 brought by Apple, Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.

1/21/2020

Date

Hon. Haywood S. Gilliam, Jr.